MIDDLE MOTOR COURT, INC. v. HARRY GIBSON
AND CAROL BUCKMUSE.

February 11, 1985.

Petition for certification denied.


LEE R. BYRD v. PUBLIC SERVICE ELECTRIC
& GAS COMPANY.

February 11, 1985.

Petition for certification denied.


HERBERT B. CASPERT AND COMPANY, INC. v.
THE BANK OF NEW JERSEY.

February 11, 1985.

Petition for certification denied.


STATE OF NEW JERSEY IN THE INTEREST OF C.J.

February 11, 1985.

Petition for certification denied.